JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHARLES WINSTON JAMES,

             Petitioner,

   v.

DAVID MARIN,

            Respondent.

Case No. EDCV 25-3617-CAS (AS)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is DENIED.

DATED: June 5, 2026

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE